No. 88–6796. QUIGLEY *v.* CALIFORNIA. Super. Ct. Cal., Santa Cruz County. Certiorari denied.

No. 88–6802. STELTEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–6803. FOWLER *v.* TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 88–6806. BROOKS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 88–6807. REED *v.* BUTLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 88–6818. ROOSE *v.* COX ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–6824. ORTEGA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–6829. HALL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6842. RUNDERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6849. RICHTER *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–6854. GLOSTER *v.* KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–6859. GONZALEZ *v.* DEPARTMENT OF THE NAVY. C. A. 1st Cir. Certiorari denied.

No. 88–6868. DRUMMOND *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–6871. MUHAMMAD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–6878. CUEVAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.